# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDRU KOVACS MIHAELA APETREI, and BEATICE KOVACS**<br><br>**Plaintiffs**<br><br>**-against-**<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br><br>**Defendant** | **Case No.** 1:19-cv-02000 EGS<br><br>**ORDER TO CERTIFY SUMMONS** |

**The clerk of this Court is hereby directed to certify the sample summons filed in this action.**

**SO ORDERED.**

_____

**District Judge**