# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALEXANDRU KOVACS *et al*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 19-2000 (EGS) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Melanie D. Hendry as counsel on behalf of Defendant.

Dated: July 23, 2019　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　JESSIE K. LIU, D.C. Bar # 472845
　　　　　　　　　　　　　　　　　　　United States Attorney for the District of Columbia

　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar # 924092
　　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　By: /s/ *Melanie D. Hendry*
　　　　　　　　　　　　　　　　　　　Melanie D. Hendry
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 252-2510
　　　　　　　　　　　　　　　　　　　melanie.hendry2@usdoj.gov