# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALEXANDRU KOVACS *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 19-2000 (EGS) |
| | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

Defendant United States Citizenship and Immigration Services respectfully submits the documents concerning approval of Plaintiffs' Applications for Employment Authorization referenced during the status conference held on July 23, 2019.

Dated: July 23, 2019      Respectfully submitted,

        JESSIE K. LIU, D.C. Bar # 472845
        United States Attorney for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

By: /s/ *Melanie D. Hendry*
        Melanie D. Hendry
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2510
        melanie.hendry2@usdoj.gov



# Application For Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-765
OMB No. 1615-0040
Expires 05/31/2020

**For USCIS Use Only**

☑ Authorization/Extension Valid From 7/16/2019
☑ Authorization/Extension Valid Through 7/15/2021

APP I765
LIN[REDACTED] 02/19/2019

Alien Registration Number A-[REDACTED]

Remarks: Fee ✓ ID ✓   CB

**Action Block**

DHS U.S. Citizenship and Immigration Services
APPROVED JUL 16 2019
26 11558 USCIS

| To be completed by an attorney or Board of Immigration Appeals (BIA)-accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|

► **START HERE - Type or print in black ink.**

## Part 1. Reason for Applying

I am applying for (select **only one** box):

1.a. ☐ Initial permission to accept employment.

1.b. ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

**NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

1.c. ☒ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

1.a. Family Name (Last Name): **APETREI**
1.b. Given Name (First Name): **Mihaela**
1.c. Middle Name:

## Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

2.a. Family Name (Last Name):
2.b. Given Name (First Name):
2.c. Middle Name:

3.a. Family Name (Last Name):
3.b. Given Name (First Name):
3.c. Middle Name:

4.a. Family Name (Last Name):
4.b. Given Name (First Name):
4.c. Middle Name:

July 26, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**

ALEXANDRU CONSTANTIN KOVACS

RE: ALEXANDRU CONSTANTIN KOVACS
I-765, Application for Employment Authorization

## SERVICE MOTION

On February 19, 2019, you filed Form I-765, Application for Employment Authorization (LIN                ). Your application was denied by USCIS on June 10, 2019. USCIS now moves to reopen the matter.

After a complete review of the record of proceeding, it is decided the application should be approved.

ORDER: IT IS ORDERED that the application be approved.

Sincerely,

Loren K. Miller
Director
Officer: 0241